# United States District Court
## for the Northern District of Oklahoma

---

Case No. 23-CR-00087-JDR

---

UNITED STATES OF AMERICA,

*Plaintiff*,

*versus*

KARLA SUZANNE REED,

*Defendant.*

---

## OPINION AND ORDER

---

Defendant Karla Suzanne Reed moves for an order modifying her conditions of release to require the U.S. Probation Office to return her passport to her to allow her obtain a replacement passport to reflect her correct name. Dkt. 25. The government does not oppose the motion. *Id.* The Court GRANTS the motion.

As part of the Court's conditions of release, the Court required Ms. Reed to surrender her passport to the U.S. Probation Office. Dkt. 9. Ms. Reed has obtained a divorce, and the passport she surrendered bears her married name. The Court sentenced Ms. Reed to a sentence of two years' probation. Ms. Reed's elderly father is a resident of Mexico, and she may request permission to travel to see her father during the term of her probation. To be able to travel, she must have a passport that bears her correct name. To avoid delay, Ms. Reed requests return of her passport to allow her the opportunity to effect the name change.

The Court orders the U.S. Probation Office to return Ms. Reed's passport to her. Ms. Reed must provide evidence to her supervising probation

Case No. 23-CR-00087

officer that she has requested a replacement passport in her new name. Upon receipt of her new passport, Ms. Reed must surrender the new passport to her supervising probation officer for the duration of her probation. The U.S. Probation Office is ordered to maintain the passport and not surrender the passport to the U.S. Department of State.

DATED this 23rd day of February 2024.

John D. Russell
*United States District Judge*